**EXHIBIT B**

**Sample Infringement of U.S. Patent No. 7,873,682 by WatchGuard Technologies, Inc.**

The following analysis shows how each element of Claims 1, 6, and 7 is literally present in the Accused Instrumentality. Additionally, to the extent that some claim elements might later be deemed missing under a literal infringement analysis (*e.g.*, due to future claim construction), TSA will alternatively demonstrate the presence of equivalents for those elements under the doctrine of equivalents. Further, TSA expects that these charts will be updated to reflect facts and information obtained during discovery.

| Claim | Analysis |
|---|---|
| [1.P]   A computer-implemented method, comprising: | On information and belief, during the term of the '682 patent, WatchGuard Technologies, Inc. ("Defendant") performed the computer-implemented method of Claim 1.  This element has been infringed literally, or in the alternative, under the doctrine of equivalents.  For example, on information and belief, during the term of the '682 patent, Defendant used and provided a multi-factor authentication solution that practiced the method of Claim 1 when authenticating users accessing at least the Defendant's AuthPoint application and web interface at  https://authpoint.watchguard.com, a protected system maintained by Defendant. On information and belief, Defendant's solution comprised a plurality of software frameworks and applications on server and client computers.  Source: https://p.widencdn.net/yacoie/Brochure_AuthPoint |

| [1.1] determining identification information for a first container using a first gateway having a first processor; | On information and belief, during the term of the '682 patent, Defendant has performed the step of determining identification information for a first container using a first gateway having a first processor.<br><br>This element has been infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on information and belief, during the term of the '682 patent Defendant utilized a plurality of software frameworks and applications, including Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com and Defendant's multi-factor authentication solution, which comprised or employed at least a "first container" for which identification information such as an Access ID and passcode was determined, using "first gateway" comprised of or employing at least a database hosted on a server computer having a "first processor."<br><br>During the term of the '682 patent, on information and belief, Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, and Defendant's multi-factor authentication solution utilized a "first gateway," comprised of or employing at least a database that maintained information about users, to look up users, their passcodes, and/or their email addresses when required. |



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

On information and belief, Defendant's "first container" and "first gateway" resided on a computer system (such Defendant's backend server(s)) comprising a "first processor."

To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information.

| | |
|---|---|
| [1.2] determining identification information for a second container using a second gateway having a second processor; | On information and belief, during the term of the '682 patent, Defendant has performed the step of determining identification information for a second container using a second gateway having a second processor.<br><br>This element has been infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, on information and belief, during the term of the '682 patent when a user tried to access Defendant's AuthPoint application and web interface at  https://authpoint.watchguard.com  the user was presented with a login interface ("second container") containing plurality of input fields hosted on a client computer ("second gateway") having a "second processor" (such as a client computer) and using information such as an Access ID, passcode and/or a "One-Time Password" provided by Defendant.  The login interface comprised at least a digital code, file, search string, set, database, network, event or process such that when the user interacts with the interface it allowed the user to login to interact with Defendant's protected system, i.e., AuthPoint application and web interface at  https://authpoint.watchguard.com.  The Access ID and passcode combination identified the container as a login interface. The login interface existed on a computer system (such as a client computer) comprising a second processor which executed instructions related to the login interface. |



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information.

| | |
|---|---|
| [1.3] determining whether an interaction between the first container and the second container can occur using the first gateway and a first register of the first container; | On information and belief, during the term of the '682 patent, Defendant has performed the step of determining whether an interaction between the first container and the second container can occur using the first gateway and a first register of the first container.<br><br>This element has been infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, during the term of the '682 patent, when a user tried to access Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, the user was presented with a login interface ("second container") containing plurality of input fields hosted on a client computer ("second gateway") having a second processor and used information such as an Access ID, passcode, and/or a "One-Time Password" provided by Defendant, and/or security code or four-digit pin to determine whether an interaction could occur between the login interface and the first container.<br><br>Further, the user's details (Access ID, passcode and the One-Time Password) were sent (e.g., when the user clicked on the Submit button) to one of Defendant's backend servers.  Defendant's backend server, AuthPoint application and web interface at https://authpoint.watchguard.com, and/or Defendant's multi-factor authentication solution comprising or employing at least a "first container," verified the Access ID and the passcode against the Access ID and passcode combinations ("first register") present in the database hosted on the server computer ("first gateway").  Based on the interaction, Defendant's server determined if the user was authenticated to access the protected system and if further communication/interaction between the first container and the login interface should be performed or not. |



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

| | |
|---|---|
| | To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information. |
| [1.4] determining whether the interaction between the first container and the second container can occur using the second gateway and a second register of the second container; and | On information and belief, during the term of the '682 patent, Defendant has performed the step of determining whether the interaction between the first container and the second container can occur using the second gateway and a second register of the second container.<br><br>This element has been infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after the user's Access ID and passcode combination was verified, data containing the Access ID and the passcode and/or "One-Time Password" was sent to Defendant's server for authentication.  A "One-Time Password" ("second register") was value received from the user through the input fields hosted on a client computer ("second gateway"). |



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

On information and belief, Defendant used the Access ID to search its database for the passcode, and/or the One-Time Password, that was assigned to the particular user and verified the code (supplied by the user) against each code found in the database. The verification of the code by Defendant determined how and/or decided whether the interaction between the login interface and the protected system would take place. Successful authorization could, for example, result in the placement of a cookie on the user's computer or other device. On information and belief, Defendant has used "cookies" on Defendant's web interface at https://authpoint.watchguard.com prior to the expiration of the '682 patent.

| | To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information. |
|---|---|
| [1.5] performing the interaction between the first and second containers prescribed by the first gateway and the first register of the first container if the interaction between the first container and the second container can occur, wherein the first gateway and the | On information and belief, during the term of the '682 patent, Defendant has performed the step of performing the interaction between the first and second containers prescribed by the first gateway and the first register of the first container if the interaction between the first container and the second container can occur, wherein the first gateway and the second gateway collect and store register information from the first container and the second container, the register information including container interaction information.

This element has been infringed literally, or in the alternative, under the doctrine of equivalents.

For example, upon successful verification of the Access Id and the passcode, and/or the "One-Time Password," the interaction between the first and second containers took place as prescribed by the database hosted on a server computer ("first gateway"), a part of Defendant's AuthPoint application and web interface at   https://authpoint.watchguard.com  and/or Defendant's multi-factor authentication solution ("first container"), and the Access ID and "One-Time Password" combination ("first register") such that the database was modified and the verified passcode (input by the user and sent via the login interface) was assigned to the user to prevent re-use.   This updated the code(s) corresponding to the user in Defendant's database.

Further, on information and belief, the "One-Time Password," was added to the database upon assignment to a user.  This implies that the first gateway and the second gateway collected and stored register information which decided whether the code would be added to the database and hence, the addition of the code to the database was dependent on the register information. |

| | |
|---|---|
| second gateway collect and store register information from the first container and the second container, the register information including container interaction information. | ## Bringing AuthPoint to Life (Demo)<br>**Duration: 7m**<br>What is AuthPoint? How does it work? Learn all about it in this short demo.<br><br>Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo<br>(September 5, 2018) |



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

Further, upon information and belief, the database included container interaction information such that the interactions between the containers occurred according to the rules governing container interactions.



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information.

| [6.P] The computer-implemented method of claim 1, further comprising: | Defendant has performed the computer-implemented method of claim 1. |
|---|---|
| | This element has been infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, during the term of the '682 patent, Defendant provided a multi-factor authentication solution which authenticated users accessing Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, which was a protected system maintained by Defendant. On information and belief, Defendant's solution comprised a plurality of software frameworks and applications on server and client computers. |
| [6.1] determining whether the first container should add an identified register of the second container as a new third register of the first container using an acquire register and the first gateway of the first container; and | On information and belief, during the term of the '682 patent, Defendant performed the step of determining whether the first container should add an identified register of the second container as a new third register of the first container using an acquire register and the first gateway of the first container. |
| | This element has been infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, on information and belief, during the term of the '682 patent Defendant utilized a plurality of software frameworks and applications, including Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, and Defendant's multi-factor authentication solution, which comprised or employed at least a "first container" for which identification information was determined, using "first gateway" comprised of at least a database hosted on a server computer having a "first processor," located on information and belief on Defendant's backend servers . |
| | During the term of the '682 patent, on information and belief. Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com and Defendant's multi-factor authentication solution utilized a "first gateway," comprised of at least a database that maintained information about users, to look up users, their passcode, and their email addresses when required. |
| | When a remote user tried to access Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, the user was presented with a login interface ("second container") containing fields for the user's Access ID and passcode, and the "One-Time Password" ("identified register") was a value received by the user through software and/or hardware means. The login interface comprises at least a digital code, file, search string, set, database, network, event or process such that when the user |

interacted with the interface it allowed the user to login and interact with the system.  Further, the interface received the "One-Time Password as an input from the user which decided how and/or if the interaction between the user (via the login interface) and the protected system would take place.

Further, the user's details (Access ID, passcode, and the One-Time Password) were sent (e.g., when the user clicked on the Submit button) to a server which was a part of Defendant's system.  On information and belief, after decryption by the server, the contents would be sent to an "acquire register" which searched its database for all codes that were assigned to the particular user and verified the provided code against each code found, e.g., to determine whether the user was attempting to login with an invalid or expired code.  This verification determined whether the first container should add an identified register of the second container.



Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo
(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information.

| | |
|---|---|
| [6.2] adding the new third register to the first container if it is determined that the new third register should be added to the first container. | On information and belief, during the term of the '682 patent, Defendant has performed the step of adding the new third register to the first container if it is determined that the new third register should be added to the first container.<br><br>## Bringing AuthPoint to Life (Demo)<br>**Duration: 7m**<br>What is AuthPoint? How does it work? Learn all about it in this short demo.<br><br><br><br>Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo |

(September 5, 2018)



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

This element has been infringed literally, or in the alternative, under the doctrine of equivalents.

|  | For example, after the code was verified, the Defendant's AuthPoint application and web interface at https://authpoint.watchguard.com, which comprised or employed at least a "first container," was updated and added the code as the third register to Defendant's database for preventing the code's re-use, e.g., as an invalid or expired code.

To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information. |

| | |
|---|---|
| [7]     The computer-implemented method of claim 1, further comprising modifying the first gateway of the first container based on the interaction between the first container and the second container. | On information and belief, during the term of the '682 patent, Defendant has performed the step of modifying the first gateway of the first container based on the interaction between the first container and the second container.<br><br>### Bringing AuthPoint to Life (Demo)<br>**Duration: 7m**<br>What is AuthPoint? How does it work? Learn all about it in this short demo.<br><br><br><br>Source: https://www.watchguard.com/wgrd-resource-center/video/bringing-authpoint-life-demo<br>(September 5, 2018) |



Source: https://www.youtube.com/watch?v=JfTPdyq1BnI (Jul. 27, 2018)

This element has been infringed literally, or in the alternative, under the doctrine of equivalents.

For example, on information and belief, upon successful verification of the "One-Time Password" the database hosted on Defendant's server computer ("first gateway"), a part of the "first container" comprised or employed by Defendant's AuthPoint application and web interface at  https://authpoint.watchguard.com, was modified such that it includes the code to prevent re-use, e.g., as an invalid or expired code.  This implies that the gateway read and stored the chosen register information (here, the "One-Time Password") and governed the interactions of containers.

| | To the extent this element was performed at least in part by software source code that is not publicly available, Plaintiff reserves its right supplement this claim chart after obtaining discovery of this source code.  Further, to the extent the structure and operation of the claimed container or gateway are more fully set forth in the source code or other information in the possession of Defendant, Plaintiff reserves its right to supplement this claim chart after obtaining discovery of this information. |
|---|---|